IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMANTHY BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3097 |
| | § | |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice. This is a final judgment.

SIGNED on January 20, 2015, at Houston, Texas.

_Lee H. Rosenthal_
Lee H. Rosenthal
United States District Judge

1